UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH LOWMAN, | Case No. 20-cv-12515 |
| | Nancy G. Edmunds |
| Plaintiff, | United States District Judge |
| | |
| | Elizabeth A. Stafford |
| v. | United States Magistrate Judge |
| | |
| | David R. Grand |
| GENERAL MOTORS CORP., | United States Magistrate Judge (Settlement) |
| | |
| Defendant. | |

_____/

**JUDGMENT**

Plaintiff Kenneth Lowman brings this case contending that he was wrongfully denied certain retirement benefits from Defendant General Motors Corporation ("GM"). On December 27, 2021, the Court accepted and adopted the Magistrate Judge's Report and Recommendation to grant GM's Motion to Enforce Settlement. The parties are therefore bound by the terms of the April 9, 2021 Settlement Agreement.

Accordingly, it is HEREBY ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: December 27, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 27, 2021, by electronic and/or ordinary mail.

            <u>s/Lisa Bartlett</u>
            Case Manager